# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS KALB, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GARDAWORLD CASHLINK LLC,<br><br>   Defendant. | Case No.: 1:21-cv-01092-JBM-JEH<br><br>Judge: Hon. Joel Billy McDade<br>Magistrate: Hon. James E. Shadid |

## AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Chris Kalb files this Notice of Voluntary Dismissal of his claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party will bear their own costs.

Dated: June 2, 2021                             Respectfully submitted,

by: */s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Carl V. Malmstrom*
Carl V. Malmstrom